Joseph C. GRANT, Plaintiff-Appellee,

v.

Elliot L. RICHARDSON, Secretary of
Health, Education and Welfare,
Defendant-Appellant.

No. 28902
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

June 29, 1971.

Seagal V. Wheatley, U. S. Atty., San
Antonio, Tex., Kathryn H. Baldwin,
Leonard Schaitman, Attys., U. S. Dept.
of Justice, William D. Ruckelshaus,
Asst. Atty. Gen., Washington, D. C., for
defendant-appellant.

Fritz K. Knust, San Antonio, Tex., for
plaintiff-appellee.

Before JOHN R. BROWN, Chief
Judge, and MORGAN and INGRAHAM,
Circuit Judges.

PER CURIAM:

Under the recent opinion of
the Supreme Court of the United States
in the case of Richardson, Secretary of
Health, Education, and Welfare v. Per-
ales, 402 U.S. 389, 91 S.Ct. 1420, 28 L.
Ed.2d 842, decided May 3, 1971, the con-
clusion of the District Court that the
testimony of Dr. C. W. Williams, the or-
thopedic surgeon, and Dr. R. C. Hardy,
the neurosurgeon, did not constitute sub-
stantial evidence was error. Therefore,
the Secretary's determination, being
supported by substantial evidence, must
be affirmed, even if there was also sub-
stantial evidence which may have sup-
ported a finding in favor of the claim-
ant Grant. Moreover, the resolution
of any conflict in the evidence, including
conflicting medical opinions, as in the
case at hand, and the determination of
questions of credibility of the witnesses
are not for the court; such functions
are solely within 'the province of the
Secretary. Martin v. Finch, 5 Cir.,
1969, 415 F.2d 793; Stillwell v. Cohen, 5
Cir., 1969, 411 F.2d 574, 575–576.

The motion of the defendant, Secre-
tary of Health, Education and Welfare,
should be granted; and the motion of
the plaintiff (claimant) for summary
judgment should be denied.

Reversed with directions.

* [1] Rule 18, 5th Cir.; See Isbell Enter-
prises, Inc. v. Citizens Casualty Co. of

New York, et al., 5 Cir., 1970, 431 F.2d
409, Part I.